| | |
|---|---|
| VETERANS PAINTING CONTRACTORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STRAUB CONSTRUCTION, INC., et al.,<br><br>Defendants. | Case No. 1:20-cv-00036-DAD-SAB<br><br>ORDER STRIKING INCORRECT FILING<br><br>ORDER VACATING ALL DATES AND DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>(ECF Nos. 6, 7) |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

On March 6, 2020, Plaintiff filed a notice of voluntary dismissal of this action that contains an incorrect party name in the body of the filing. (ECF No. 6.) On the same date, Plaintiff then filed a notice of voluntary dismissal with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with the correct name of Plaintiff in the body of the filing. (ECF No. 7.)[1]

"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.' " Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). The Ninth Circuit has held that Rule 41(a) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or motion for summary judgment. Pedrina v. Chun, 987 F.2d 608, 609 (9th

---

[1] In the future, counsel may file a notice of errata to notify the Court of the reason for duplicate filings.

1

Cir. 1993). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Commercial Space Mgmt. Co., Inc., 193 F.3d at 1078. In this action, no defendant has filed an answer or motion for summary judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. The notice of voluntary dismissal filed on March 6, 2020 using the incorrect name for Plaintiff (ECF No. 6), is STRICKEN FROM THE RECORD;

2. All pending dates are VACATED; and

3. The Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **March 9, 2020**

_____
UNITED STATES MAGISTRATE JUDGE